In the Matter of ISRAEL MARTINEZ, Appellant, v FREDERIC M. UMANE et al., Respondents, and GRISELA LARAJA, Respondent.

In the Matter of GRISELA LARAJA, Petitioner, v ISRAEL MARTINEZ et al., Respondents.

Submitted August 25, 2009; decided August 25, 2009

Reported below, 65 AD3d 480.

On the Court's own motion, appeal dismissed, without costs, upon the ground that the two-Justice dissent at the Appellate Division is not on a question of law (CPLR 5601 [a]). Motion for leave to appeal denied.

In the Matter of ANTHONY PELUSO et al., Appellants, v ERIE COUNTY INDEPENDENCE PARTY et al., Respondents, and NEW YORK STATE COMMITTEE OF THE INDEPENDENCE PARTY et al., Appellants, et al., Respondents.

Submitted August 25, 2009; decided August 25, 2009

Reported below, 65 AD3d 820.

Motion for leave to appeal by Anthony Peluso et al. and New York State Committee of the Independence Party et al. granted. Motion for leave to appeal by Erie County Independence Party et al. dismissed upon the ground that such parties are not aggrieved.